# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davila, Edward J. | U.S. District Court, Northern District, California | 08/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

280 South First Street
San Jose, CA 95113

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Law Advisory Board | Santa Clara University |
| 2. Board Member | Association of Business Trial Lawyers (ABTL) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | California Public Employees Retirement System - Pension | $37,029.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | California Public Employees Retirement System - Pension |
| 2. 2020 | County of Santa Clara - Salary |
| 3. 2020 | State of California - Salary |
| 4. 2020 | Replacement Benefit Fund - Pension |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davila, Edward J.** | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Chase Bank | Mortgage on Investment Property, Sunnyvale, CA | N |
| 3. | American Express | Credit Card | J |
| 4. | Capital One | Credit Card | None |
| 5. | Chase Bank | Credit Card | J |
| 6. | Southwest Airlines | Credit Card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davila, Edward J.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Bank of America | | None | J | T | | | | | |
| 2.  Santa Clara County Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 3.  Chase Bank Account | A | Interest | J | T | | | | | |
| 4.  Chase Private Client Accounts | A | Interest | L | T | | | | | |
| 5.  Investment Property, Sunnyvale, CA | | None | P1 | W | | | | | |
| 6.  Investment Property, Mountain View, CA (X) | | None | P1 | W | | | | | |
| 7.  (H) Utah Educational Savings Plan 529 | | | | | | | | | |
| 8.  Static Option A | A | Dividend | K | T | Buy (add'l) | 12/31/20 | J | | See Note In Part VIII |
| 9.  Static Option A | | None | K | T | Sold (part) | 07/01/20 | K | | See Note In Part VIII |
| 10.  (H) Pershing Account #1 | | | | | | | | | |
| 11.  Insured Cash Account Program - FDIC Insured Bank Deposits | A | Int./Div. | K | T | | | | | |
| 12.  AMCAP Fund Class A, Mutual Fund | C | Dividend | M | T | | | | | |
| 13.  American Balanced Fund Class A, Mutual Fund | C | Dividend | L | T | | | | | |
| 14.  American High Income Trust Class A, Mutual Fund | D | Dividend | M | T | | | | | |
| 15.  The Bond Fund of America Class F-2, Mutual Fund | B | Dividend | L | T | | | | | |
| 16.  Capital Income Builder Fund Class A, Mutual Fund | B | Dividend | L | T | | | | | |
| 17.  Capital World Bond Fund Class F-2, Mutual Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davila, Edward J.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Growth and Income Fund Class F-2, Mutual Fund | B | Dividend | L | T | | | | | |
| 19. Fundamental Investors Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 20. The Growth Fund of America Class A, Mutual Fund | C | Dividend | L | T | | | | | |
| 21. Voya Corporate Leaders 100 Fund, Mutual Fund (Formerly ING CorpLdr100) | D | Dividend | K | T | | | | | |
| 22. The Income Fund of America Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 23. International Growth and Income Fund Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 24. The Investment Company of America Class A, Mutual Fund | B | Dividend | L | T | | | | | |
| 25. New Perspective Fund Class A, Mutual Fund | D | Dividend | M | T | | | | | |
| 26. Sila Realty Trust, Inc. Class A | A | Dividend | J | T | | | | | See Note in Part VIII |
| 27. KBS Real Estate REIT | A | Dividend | J | T | | | | | |
| 28. (H) Pershing Account #2 | | | | | | | | | |
| 29. Franklin Dynatech Fund Class A, Mutual Fund | | None | J | T | | | | | |
| 30. (H) Pershing Account #3 | | | | | | | | | |
| 31. Bank Deposit Sweep Program, FDIC Insured Bank Deposits | A | Int./Div. | J | T | | | | | |
| 32. Baron Growth Fund, Mutual Fund | A | Dividend | K | T | | | | | |
| 33. Dodge & Cox Stock Fund, Mutual Fund | A | Dividend | J | T | | | | | |
| 34. (H) Savings Plus 457 Plan | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davila, Edward J.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 01/02/20 | J | | See Note In Part VIII |
| 36. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 37. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 03/02/20 | J | | |
| 38. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 39. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 05/01/20 | J | | |
| 40. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 06/01/20 | J | | |
| 41. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 07/01/20 | J | | |
| 42. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 07/31/20 | J | | |
| 43. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 09/01/20 | J | | |
| 44. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 10/01/20 | J | | |
| 45. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 11/02/20 | J | | |
| 46. | Target Date Fund - 2020 | | None | M | T | Buy<br>(add'l) | 12/02/20 | J | | |
| 47. | (H) County of Santa Clara Deferred<br>Compensation Plan | | | | | | | | | |
| 48. | Fidelity TRP Inst LgCap Grth | C | Int./Div. | O | T | | | | | |
| 49. | Fidelity Vantage Plus R13 | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davila, Edward J.** | 08/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III Non-Investment Income:

Section A, line 2:  Judicial Branch of California  - Settlement - one-time settlement in 2019 removed from report for 2020.
Section B, line 5:  Judicial Branch of California  - Settlement - one-time settlement in 2019 removed from report for 2020.


Part VI Liabilities:

Line  5: College removed from liabilities, student graduated and no further outstanding balance as of 12/31/20.


Part VII Investments and Trusts:

Line 8, Column D: Utah Educational Savings Plan 529 - Bi-weekly contribution amount $416.00 (did not add line-by-line detail of these transactions).  Total value of all contributions for 2020 recorded in column D3.

Line 9, Column D: Utah Education Savings Plan 529 - Withdrawal taken from account to pay tuition expenses.

Line 26: Company name change from Carter Validus Mission Critical REIT II to Sila Realty Trust, Inc. on 9/30/2020 per public press release and letters to stockholders.

Lines 34 -46: Savings Plus 457 Plan - $2,000.00 contributions made to the Target Date Fund 2020 on a monthly basis.  All monthly detail added to column D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Davila**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544